UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| FEDERAL TRADE COMMISSION and the STATE OF WISCONSIN,<br><br>  Plaintiffs,<br><br>  vs.<br><br>RHINELANDER AUTO CENTER, INC., a Wisconsin corporation, also d/b/a Rhinelander GM Auto Center, Rhinelander Cadillac, OK Used Cars of Rhinelander;<br><br>RHINELANDER MOTOR COMPANY, a Wisconsin corporation, also d/b/a Rhinelander Toyota;<br><br>RHINELANDER AUTO GROUP LLC, a Wisconsin limited liability company, also d/b/a Rhinelander GM Auto Center, Rhinelander Cadillac, OK Used Cars of Rhinelander;<br><br>RHINELANDER IMPORT GROUP LLC, a Wisconsin limited liability company, also d/b/a Rhinelander Toyota; and<br><br>DANIEL TOWNE, individually and as an officer, member, or manager of RHINELANDER AUTO CENTER, INC., RHINELANDER MOTOR COMPANY, RHINELANDER AUTO GROUP LLC, and RHINELANDER IMPORT GROUP LLC,<br><br>  Defendants. | Case No. 3:23-cv-737<br><br>Hon. William M. Conley |

## PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF FINAL STIPULATED SETTLEMENT ORDERS

NOW COME the Plaintiffs, the Federal Trade Commission ("FTC") and the State of Wisconsin, by and through their undersigned counsel, and jointly move the Court to enter two final stipulated settlement orders, which are fully executed by the parties and attached hereto. In support thereof, Plaintiffs state the following:

Page 1 of 3

1. On October 24, 2023, the FTC and the State of Wisconsin filed this action against Defendants, all of whom have owned and operated a group of auto dealerships in Rhinelander, Wisconsin. The Complaint alleges that Defendants have engaged in deceptive, unfair, and discriminatory practices in violation of the FTC Act, 15 U.S.C. § 45; the Equal Credit Opportunity Act, 15 U.S.C. § 1691(a)(1), and its implementing Regulation B, 12 C.F.R. § 202.4(a); the Wisconsin Deceptive Trade Practices Act, Wis. Stat. § 100.18(1); and the Wisconsin Consumer Act, Wis. Stat. § 426.108, and its implementing regulation, Wis. Admin. Code § DFI-WCA 1.85. *See* Dkt. 1.

2. Also on October 24, 2023, Plaintiffs filed an unopposed motion to stay all initial case deadlines in this matter while Plaintiff State of Wisconsin completed its statutorily required settlement approval process, which requires obtaining approval from the Joint Committee on Finance ("JCF"), a 16-member standing committee of the Wisconsin Legislature. *See* Dkt. 5; *see also* Wis. Stat. § 165.08(1). Plaintiffs' unopposed motion attached settlement agreements in the form of stipulated orders that had already been signed by every party except Plaintiff State of Wisconsin, meaning that the claims asserted in the Complaint would be fully resolved if the JCF approved the settlements negotiated by the parties, and Plaintiff State Wisconsin then signed the stipulated orders. *See* Dkt. 5-1, 5-2.

3. On October 31, 2023, the JCF voted to approve both settlements, and Plaintiff State of Wisconsin has now signed both stipulated orders. The fully executed stipulated settlement orders are ready for approval and entry by the Court. The stipulated settlement order between Plaintiffs and Defendants Rhinelander Auto Center, Inc. and Rhinelander Motor Co. is attached hereto as <u>Exhibit 1</u>, and the stipulated settlement order between Plaintiffs and Defendants Rhinelander Auto Group LLC, Rhinelander Import Group LLC, and Daniel Towne is

attached hereto as <u>Exhibit 2</u>. Once entered, these stipulated orders would represent the final judgments in this matter, so the stay sought in Plaintiffs' previous motion would no longer be necessary.

4. Before filing this motion, Plaintiffs' counsel conferred with Defendants' counsel and were informed that Defendants do not oppose the relief requested in this motion.

**WHEREFORE,** Plaintiffs respectfully move the Court to:

A. Sign and enter on the docket the final stipulated settlement orders attached hereto as <u>Exhibit 1</u> and <u>Exhibit 2</u>;

B. Once the final stipulated settlement orders have been entered by the Court, deny as moot Plaintiff's prior unopposed motion to stay all initial case deadlines pending the JCF's consideration of the settlements; and

C. Grant all such other relief as may be just and proper.

Date: October 31, 2023

Respectfully submitted,

/s/ Nathan H. Nash
Nathan Nash
Rachel Sifuentes
Rachel Granetz
Federal Trade Commission
230 S. Dearborn St., Ste. 3030
Chicago, IL 60604
NNash@ftc.gov
Phone: (202) 701-8660
*Counsel for Plaintiff FTC*

/s/ Lewis W. Beilin (with permission)
Lewis Beilin (WI #1038835)
Colin Stroud (WI #1119457)
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
beilinlw@doj.state.wi.us
Phone: (608) 266-3076
*Counsel for Plaintiff State of Wisconsin*

## CERTIFICATE OF SERVICE

I, Nathan Nash, an attorney for Plaintiff Federal Trade Commission, hereby certify that, on October 31, 2023, I electronically filed PLAINTIFFS' UNOPPOSED MOTION TO SUSPEND ALL INITIAL CASE DEADLINES PENDING SETTLEMENT APPROVAL with the Court using the CM/ECF system, which will automatically serve a copy of this filing on all attorneys of record in this case.  Additionally, because all counsel have not yet filed their appearance, I further certify that I have served this motion on all counsel via electronic mail, from NNash@ftc.gov, after having obtained their written consent to be so served:

Lewis Beilin (WI #1038835)
Colin Stroud (WI #1119457)
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707
beilinlw@doj.state.wi.us
stroudcr@doj.state.wi.us
*Counsel for Plaintiff State of Wisconsin*

James P. Fieweger
Chelsea T. Zielke
Michael Best & Friedrich LLP
444 W. Lake St., Ste. 3200
Chicago, IL 60606
jpfieweger@michaelbest.com
ctzielke@michaelbest.com
*Counsel for Defendants Rhinelander Auto Group LLC, Rhinelander Import Group LLC, and Daniel Towne*

Dillon J. Ambrose
Amundsen Davis LLC
111 E. Kilbourn St., Ste. 1400
Milwaukee, WI 53202
dambrose@amundsendavislaw.com
*Counsel for Defendants Rhinelander Auto Center, Inc. and Rhinelander Motor Co.*

/s/ Nathan H. Nash
Attorney for Plaintiff FTC